IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01495-WDM-PAC

DAMON TRAHAN,

    Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD, a New Jersey corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Stipulated Motion for Entry of Confidentiality Order [filed February 26, 2007; Doc. No. 18] is **GRANTED.** The Attached Confidentiality Order is made an Order of the Court this date.

Dated: February 27, 2007